Complaint Against New York EMT**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sash Balasinkam Plaintiff

v.

New York Emergency Medical Technicians, Defendant

Case No.: 1-25-CV-01667-LTS Amended

COMPLAINT

1. Parties:
- Plaintiff, Sash Balasinkam, is a resident of 1105 College Avenue, 2H, Bronx, NY, 10456.
- Defendant, New York EMT, provides emergency medical services within New York City.

2. Jurisdiction and Venue:
- This court has jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff's claims arise under federal law, including violations of Plaintiff's rights.
- Venue is proper under 28 U.S.C. § 1391 as the acts complained of occurred in New York, NY.

3. Factual Allegations:
- On 3/11/2025, Plaintiff's mother called 9-11 after a late-night dispute that did not warrant emergency medical intervention.
- EMT personnel, without sufficient reason or evidence of medical necessity, forcibly transported Plaintiff to Lincoln Hospital, despite Plaintiff posing no imminent threat to himself or others.
- The actions of the EMT personnel caused Plaintiff emotional distress and loss of personal liberty.

4. Claims for Relief:
- Negligence:
- Defendant breached their duty of care by transporting Plaintiff without valid medical reasons.
- False Imprisonment:
- Defendant unlawfully detained Plaintiff by forcing transportation to the hospital without

his consent or necessity.

5. Damages:
- Plaintiff seeks punitive damages of $100,000, compensatory damages as determined by the court, and any other relief deemed just and proper.
- Costs of this action, including filing and administrative fees.
- Any additional relief this Court deems just and appropriate, and any other relief deemed just and proper.


3/20/2025

Respectfully Submitted,
Sash Balasinkam

1105 College Avenue

2H, Bronx, NY, 10456
646-600-2418
balasinkam3@gmail.com

Complaint Against Lincoln Hospital

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sash Balasinkam, Plaintiff
v.
Lincoln Hospital, Defendant

Case No.: 1:25-cv-01667-LTS
--- Amended

COMPLAINT

1. Parties:
- Plaintiff, Sash Balasinkam, is a resident of 1105 College Avenue, 2H, Bronx, NY, 10456- Defendant, Lincoln Hospital, is a medical institution located at 234. East 149th Street, Bronx. 10451, responsible for providing healthcare services.

2. Jurisdiction and Venue:
- This court has jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff's claims arise under federal law.
- Venue is proper under 28 U.S.C. § 1391 as the acts complained of occurred in New York, NY.

3. Factual Allegations:
- On 1/11/2025, Plaintiff was forcibly transported to Lincoln Hospital by EMT personnel.
- Without valid medical justification, Lincoln Hospital detained Plaintiff for approximately two weeks.
- During the detention, Plaintiff was administered an Invega injection without being asked about his treatment history or his prior adverse reactions to the medication, which he had discontinued through the VA due to side effects.
- The hospital's actions caused unnecessary emotional distress, prolonged loss of freedom, and medical harm.

4. Claims for Relief:
- Medical Malpractice:
- Defendant negligently administered medication without proper consultation or regard for Plaintiff's medical history.

- False Imprisonment:
- Defendant unlawfully detained Plaintiff without valid medical reasons or due process.
- Intentional Infliction of Emotional Distress (IIED):
- Defendant's actions were extreme, outrageous, and caused severe emotional harm.

**5. Damages**:
- Plaintiff seeks punitive damages of $150,000, compensatory damages as determined by the court, and any other relief deemed just and proper.

3/20/2025

Respectfully Submitted,
Sash Balasinkam

1105 College Avenue

2H, Bronx, NY, 10456
646-600-2418
balasinkam3@gmail.com

Complaint Against the NYPD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Sash Balasinkam, Plaintiff
v.
New York Police Department, Defendant

Case No.: 1-25-CV-01667-LTS
Amended

COMPLAINT

1. Parties:
- Plaintiff, Sash Balasinkam, is a resident of 1105 College Avenue, 2H, Bronx, NY, 10456.
- Defendant, New York Police Department (NYPD), is a government agency responsible for law enforcement in New York City.

2. Jurisdiction and Venue:
- This court has jurisdiction pursuant to 28 U.S.C. § 1331 as Plaintiff's claims arise under federal law, including violations of constitutional rights.
- Venue is proper under 28 U.S.C. § 1391 as the acts complained of occurred in New York, NY, within the jurisdiction of this court.

3. Factual Allegations:
- On OR ABOUT 1/11/2025, Plaintiff was at home in 1105 College avenue, 2H, Bronx, NY,10456. Plaintiff's mother called the NYPD unnecessarily after a late-night phone dispute where Plaintiff was mean to her.
- Without evidence of wrongdoing or imminent danger, NYPD officers forced their way into Plaintiff's apartment, after Plaintiff opened the door to investigate why the dog was barking.
- Officers also took Plaintiff's identification without consent, a further violation of Plaintiff's personal privacy.
- NYPD unnecessarily involved EMT services without valid reasons or evidence, despite Plaintiff posing no threat to himself or others.

4. Claims for Relief:
- **Violation of Constitutional Rights (Fourth Amendment):
- Defendant unlawfully entered Plaintiff's home without a warrant or probable cause, violating Plaintiff's Fourth Amendment right to be free from unlawful searches and seizures.
- Negligence:
- Defendant failed to exercise reasonable care by escalating the situation unnecessarily and infringing on Plaintiff's rights.

5. Damages:
- Plaintiff seeks punitive damages of $100,000,

-compensatory damages as determined by the court

- Costs of this action, including filing and administrative fees.
- Any additional relief this Court deems just and appropriate urt, and any other relief deemed just and proper.

3/20/2025

Respectfully Submitted,
Sash Balasinkam

1105 College Avenue

2H, Bronx, NY, 10456
646-600-2418
balasinkam3@gmail.com