UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SASH BALASINKAM,

    Plaintiff,

– against –

NYC HEALTH + HOSPITALS *and* CITY OF NEW YORK,

    Defendants.

**ORDER**

25-cv-1667 (ER)

Ramos, D.J.:

In a telephonic pre-motion conference held on August 1, 2025, this Court set the following briefing schedule for Defendants' motions to dismiss: moving papers due on September 29, 2025; Balasinkam's response due October 27, 2025; Defendants' replies due November 10, 2025. *See* Docket Entry dated August 1, 2025. Both Defendants timely filed a motion to dismiss Balasinkam's complaint on September 29, 2025. Docs. 37, 44. On November 10, 2025, the City of New York requested that the Court deem its motion to dismiss, Doc. 44, unopposed as Balasinkam had not filed a response. Doc. 48. As of today, Balasinkam has not submitted a response to either motion to dismiss. Balasinkam is therefore directed to submit a response to Defendants' motions to dismiss by November 26, 2025. Failure to do so will result in the Court deeming the motions to dismiss unopposed.

    SO ORDERED.

Dated:   November 13, 2025
           New York, New York

_____
Edgardo Ramos, U.S.D.J.