**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SASH BALASINKAM,<br><br>                        Plaintiff,<br><br>       -against-<br><br>NYC HEALTH + HOSPITALS, AND<br>CITY OF NEW YORK.,<br><br>                    Defendants. | 25 **CIVIL** 1667 (ER)<br><br>**<u>JUDGMENT</u>** |

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated May 6,2026, Defendants' motions to dismiss are granted without prejudice; accordingly, the case is closed.

**Dated:**   New York, New York
           May 8, 2026

                                    **TAMMI M. HELLWIG**
                                     **Clerk of Court**

**BY:**

                                     **Deputy Clerk**